**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
In re DIANA L. JONES,           )
                                )
                                )    No. CIV 04-2940 PHX RCB
       Debtor,                  )
_____ )    (BK 04-6216 GBN)
                                )
DIANA L. JONES,                 )    Adversary No. 04-920
                                )
       Appellant,               )    BAP No. AZ-04-1491
                                )
            vs.                 )
                                )
INTERNAL REVENUE SERVICE and    )         O R D E R
DEPARTMENT OF TREASURY,         )
                                )
       Appellees.               )
_____ )
```

Currently pending before the Court is Appellant Diana Jones' Motion to Deny Trustee's Motion to Dismiss Appeal (doc. # 5) filed on June 29, 2005, which the Court would construe as a response in opposition to the Trustee's Motion to Dismiss (doc. # 2) filed on May 17, 2002. However, because Appellant did not file her motion within the time allotted under the Local Rules of this District for service and filing of responsive memoranda, see LRCiv 7.2(c), and App. A (Time Chart), the Court had already granted the Trustee's

motion prior to receiving Appellant's putative response.  See Order (doc. # 3).  The record reflects that the Court's order granting the Trustee's motion was filed and entered on the same day as Appellant's putative response.  This does not alter the fact that Appellant's response would still have been untimely under the Local Rules.  Under Local Rule of Civil Procedure 7.2(i), the Court may deem a party's lack of opposition-- or untimely opposition-- as consent to the granting of a motion, and may grant the motion summarily if it is facially meritorious.  LRCiv 7.2(i); Henry v. Gill Indus., Inc., 983 F.2d 943, 950 (9th Cir. 1993).  The Court's order dismissing the appeal sets forth the reasons why the Trustee's arguments for dismissal were facially meritorious.  See Order (doc. # 3).  Therefore,

   IT IS ORDERED that Diana Jones's Motion to Deny Trustee's Motion to Dismiss Appeal (doc. # 5) is DENIED and dismissed as moot.

   DATED this 16th day of December, 2005.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and pro se appellant

-2-